■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN BERNSTEIN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Grajales, J.), rendered January 9, 1986, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Niehoff, Eiber, Sullivan and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BLACKMAN, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Nassau County (Belfi, J.), imposed January 9, 1986, upon his conviction of criminal sale of a controlled substance in the second degree, upon his plea of guilty, the sentence being an indeterminate term of three years to life imprisonment and $1,000 in restitution.

Ordered that the sentence is affirmed.

The statutory scheme establishing an indeterminate term of three years to life imprisonment for criminal sale of a controlled substance in the second degree is not an unconstitutional limitation on judicial discretion, cruel and unusual punishment or grossly disproportionate to the offense *(see, People v Broadie,* 37 NY2d 100, *cert denied* 423 US 950). Thompson, J. P., Niehoff, Eiber, Sullivan and Harwood, JJ., concur.